■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v W.E. GILCHRIST, Also Known as DWAYNE GILCHRIST, Also Known as WAYNE GILCHRIST, Appellant.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), rendered on April 1, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Kassal and Wallach, JJ.